*Irwin Nats., Petitioner, v. Dep't of Revenue, Respondent*, No. 93724-9. Petition for review of a decision of the Court of Appeals, No. 73966-2-I, July 25, 2016, 195 Wn. App. 788. *Denied* February 14, 2017.

*State, Respondent, v. Snyder, Petitioner*, No. 93678-1. Petition for review of a decision of the Court of Appeals, No. 32758-2-III, June 2, 2016, 194 Wn. App. 292. *Denied* February 22, 2017.

*In re Pers. Restraint of Tillmon, Petitioner*, No. 93111-9. Motion for discretionary review of a decision of the Court of Appeals, No. 47094-2-II, April 12, 2016, 193 Wn. App. 1018. *Denied* February 23, 2017.

*City of Spokane, Petitioner, v. Horton et al., Respondents*, No. 93788-5. Petition for review of a decision of the Court of Appeals, Nos. 33622-1-III and 33623-9-III, September 22, 2016, 196 Wn. App. 85. Petitioner's petition for review *granted* and review of issues raised by Spokane County respondents *granted* March 8, 2017.

*Carrera et al., Respondents, v. Olmstead et al., Petitioners*, No. 93799-1. Petition for review of a decision of the Court of Appeals, No. 47397-6-II, October 4, 2016, 196 Wn. App. 240. *Granted* March 8, 2017.

*Shanghai Commercial Bank, Ltd., Respondent, v. Kung Da Chang et al., Petitioners*, No. 93823-7. Petition for review of a decision of the Court of Appeals, No. 73956-5-I, September 12, 2016, 195 Wn. App. 896. *Granted* March 8, 2017.

*State, Petitioner, v. Barnes, Respondent*, No. 93829-6. Petition for review of a decision of the Court of Appeals, No. 33811-8-III, October 6, 2016, 196 Wn. App. 261. *Granted* March 8, 2017.